UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR TAVERAS, ET AL.,

              Plaintiffs,

    - against -

ABC CORPORATION, ET AL.,

              Defendants.

24-cv-9479 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **February 3, 2025**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **February 17, 2025**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          January 20, 2025

                                          John G. Koeltl
                                  United States District Judge