UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR TAVERAS,

                Plaintiff,                24-cv-9479 (JGK)

     - against -                  ORDER

ABC CORPORATION, ET AL.,

                Defendants.

    On February 4, 2025, this Court granted the defendants' request for an extension of time to answer and extended the time to answer or respond to the complaint to March 20, 2025. ECF No. 12. To date, no answer or response has been filed.

    Accordingly, the time for the defendants to move or answer is extended to **April 11, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:    New York, New York
           March 24, 2025

                                                  John G. Koeltl
                                                  United States District Judge