```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HECTOR TAVERAS,

           Plaintiff,

    - against -

ABC CORPORATION D/B/A VIVA FRUITS & VEGETABLES, ET AL.,

           Defendants.

24-cv-9479 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 28, 2025.

SO ORDERED.

Dated:    New York, New York
          April 14, 2025

                                        John G. Koeltl
                                  United States District Judge