```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HECTOR TAVERAS, ET AL.,

                Plaintiffs,

  - against -

ABC CORPORATION, ET AL.,

                Defendants.

24-cv-9479 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should file a status report by **Wednesday, July 30, 2025.**

SO ORDERED.

Dated:    New York, New York
           July 23, 2025

                                    John G. Koeltl
                            United States District Judge