UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR TAVERAS, ET AL.,

              Plaintiffs,

- against -

ABC CORPORATION, ET AL.,

              Defendants.

24-cv-9479 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On July 23, 2025, the Court directed the parties to file a status report by Wednesday, July 30, 2025. ECF No. 22. To date, no status report has been filed. The time for the parties to file a status report is **extended** to **August 12, 2025.**

SO ORDERED.

Dated:    New York, New York
           August 4, 2025

                                      John G. Koeltl
                                  United States District Judge