United States District Court
Southern District of New York
_____

HECTOR TAVERAS, ET AL.,

                  Plaintiffs,

         - against -

ABC CORP., ET AL.,

                  Defendants.
_____

                              24-cv-9479 (JGK)

                              <u>ORDER</u>

JOHN G. KOELTL, District Judge:

    On April 14, 2025, this action was referred to the Court's Alternative Resolution Dispute program for mediation. ECF No. 17. On July 8, 2025, the mediator informed the Court that the parties had failed to participate in the scheduled mediation. ECF No. 21. On August 13, 2025, the parties informed the Court that they intended to resume mediation. ECF No. 24. On October 2, 2025, the Court ordered the parties to provide a status report within seven days of the completion of mediation. ECF No. 27. However, the mediator has again informed the Court that the parties have failed to participate in the scheduled mediation.

The parties should advise the Court regarding the status of this case by **November 26, 2025.**

SO ORDERED.

Dated:   New York, New York
         November 19, 2025

_____
John G. Koeltl
United States District Judge