UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HECTOR TAVERAS, ET AL.,

                Plaintiffs,

      - against –

ABC CORPORATION, ET AL.,

                Defendants.

---

24-cv-9479 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On April 14, 2025, the Court referred this action to mediation. ECF No. 17. The parties should advise the Court regarding the status of this case by **May 4, 2026.**

SO ORDERED.

Dated:    New York, New York
         April 27, 2026

                        John G. Koeltl
               United States District Judge