Case 1:24-cv-09479-JGK  Document 34  Filed 05/18/26  Page 1 of 1

## MOSS BYRNES LLC

187 Hollow Road
Staatsburg, New York 12580
212.242.6152
andrea@mossbyrnes.com

May 18, 2026

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

5/19/26.

Re:   *Taveras v. ABC Corp. et al.,* 1:24 cv 09479 (JGK)

Dear Judge Koeltl,

Our firm represents Defendants in the above referenced matter. The parties have reached an agreement to settle. This matter involves claims asserted under the Fair Labor Standards Act and the parties respectfully request an additional two weeks to submit the settlement agreement and motion for settlement approval. This is our first request for an extension on behalf of all parties. This extension will not impact any other dates currently scheduled in this matter.

For the foregoing reasons, Defendants respectfully request until June 1, 2026 for the filing of the settlement documents.

Thank you for your consideration of this request,

Respectfully submitted,

Andrea Moss
Attorney for Defendants

Copy to: All counsel via ECF

1