UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR TAVERAS, ET AL.

Plaintiffs,

- against -

ABC CORPORATION, ET AL.,

Defendants.

24-cv-9479 (JGK)

Order

**John G. Koeltl, District Judge:**

On June 1, 2026, the parties in this case requested that the Court approve the parties' settlement agreement as fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 36. The Court found that the settlement agreement, including the provision of attorney's fees, was "fair reasonable and adequate." ECF No. 37. The Court instructed the parties to "complete the settlement and file a stipulation of discontinuance promptly." Id. To date, the parties have failed to do so. The parties are thus directed to update the Court about the status of the settlement agreement by **Friday, July 31, 2026**.

**SO ORDERED.**

**Dated:** New York, New York
July 27, 2026

John G. Koeltl
United States District Judge